MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

GRANT P. FONDO (CABN 181530)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5035
FAX: (408) 535-5066

Attorneys for Plaintiff

FILED

DEC - 7 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>PEDRO CARBAJAL-RUVALCABA<br>a/k/a "Guero,<br><br>Defendant. | No. CR 12-00833 LHK/HRL<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RESCHEDULING DETENTION HEARING DECEMBER 12, 2013 AT 1:30 P.M. |

Defendant requests that his detention hearing be rescheduled from December 10, 2012, to December 12, 2012, at 1:30 p.m. The United States has no objection.

///

///

///

///

///

///

DATED: December 7, 2012

MELINDA HAAG
United States Attorney

/S/

GRANT P. FONDO
Assistant United States Attorney

/S/

HUGH LEVINE
Counsel for Defendant

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that defendant's detention hearing be rescheduled to December 12, 2012, at 1:30 p.m.

IT IS SO ORDERED.

DATED: 12/7/12

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE